AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CHRISTINA A. DELP,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. C2-09-460**

**COMMISSIONER OF SOCIAL SECURITY,**

**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE E. A. PRESTON DEAVERS**

    **Defendant.**

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the OPINION AND ORDER filed September 16, 2010 JUDGMENT is hereby entered DISMISSING this action.**

Date: September 16, 2010          JAMES BONINI, CLERK

                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk